# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3013

_____

Henrice Taylor,                              *
                                             *
                    Appellant,               *     Appeal from the United States
                                             *     District Court for the District
          v.                                 *     of Minnesota.
                                             *
National Marrow Donor Program,               *          [UNPUBLISHED]
                                             *
                    Appellee.                *

_____

Submitted: May 13, 1999
Filed: May 20, 1999

_____

Before McMILLIAN, BRIGHT, and FAGG, Circuit Judges.

_____

PER CURIAM.

Henrice Taylor appeals the district court's adverse grant of summary judgment on Taylor's race-based employment discrimination, harassment, and retaliation claims. Having reviewed the record and the materials submitted by the parties, we see no error by the district court. We also conclude that an extended discussion is unnecessary in this fact-intensive case. We believe the district court correctly granted summary judgment, and we affirm on the basis of the district court's memorandum opinion and order. See 8th Cir. R. 47B.

A true copy.

Attest:

    CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.